IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE HANOVER INSURANCE COMPANY,<br>    Plaintiff, | : <br> : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 12-cv-3961 |
| URBAN OUTFITTERS et al.<br>    Defendants | : <br> : <br> : <br> : | |
| URBAN OUTFITTERS et al.<br>    Third-Party Plaintiffs | : <br> : <br> : <br> : | |
| v. | : <br> : | |
| ONEBEACON AMERICA INSURANCE COMPANY,<br>    Third-Party Defendant | : <br> : <br> : | |

## ORDER

AND NOW this 19th of August 2013, upon consideration of plaintiff The Hanover Insurance Company's motion for judgment on the pleadings (Dkt. No. 26), defendant and third-party plaintiff Urban Outfitters's response (Dkt. No. 29), third-party defendant One Beacon America Insurance Company's response (Dkt. No. 30), Hanover's reply brief (Dkt. No. 32), and Urban Outfitters's surreply (Dkt. No. 33), it is ORDERED that Hanover's motion is GRANTED. Hanover has no potential duty to indemnify, and therefore, no duty to defend the Urban Outfitters defendants in connection with the underlying suit brought by the Navajo Nation in the United States District Court for the District of New Mexico (No. 12-195). JUDGMENT is entered in favor of the Hanover Insurance Company and against Urban Outfitters.

                                                                   __s/Thomas N. O'Neill, Jr____
                                                                   THOMAS N. O'NEILL, JR., J.